UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-0929 |
| | ) | JUDGE SHARP |
| FCA VENTURE PARTNERS III SBIC, L.P., | ) | |

## ORDER

By Order entered March 20, 2012 (Docket Entry No. 19), the Court approved the Receiver's Notice and Determination of Claims, authorized payment of approved claims, and established summary disposition procedures. Pursuant to the Order, any claimant who opposed the Receiver's recommended disposition of its claim was ordered to either: (1) file a Motion in Opposition to the Receiver's recommended disposition of its claim within thirty (30) days from the date of service of a copy of the Order by the Receiver on the claimant; or (2) claimant's claim shall be forever barred and deemed null and void. As of today, no such motion has been filed by any claimant.

By Monday, December 3, 2012, counsel for Plaintiff shall file a notice informing the Court as to the status of this case, including any reason(s) why this case should not be dismissed.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE