UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-0929 |
| | ) | JUDGE SHARP |
| FCA VENTURE PARTNERS III SBIC, L.P., | ) | |

## ORDER

As ordered by the Court, the Plaintiffs filed a Notice as to Case Status (Docket No. 23) asking that the Court not dismiss this case at this time. The Government states that a motion to seek approval of procedures to wind-up and terminate the Receivership Estate should be filed by late second quarter of 2013.

By Monday, July 1, 2013, if the motion is not filed, counsel for Plaintiff shall file a notice informing the Court as to the status of this case.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE