UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 3:10-cv-00929 |
| v. | ) |
|  | ) JUDGE SHARP |
| FCA VENTURE PARTNERS III SBIC, L.P., | ) MAGISTRATE JUDGE BRYANT |
| Defendant. | ) |

**ORDER**

THIS CAUSE CAME upon the Second Receiver's Report submitted by the United States Small Business Administration ("SBA") as Receiver (the "Receiver") for FCA Venture Partners III SBIC, L.P. ("FCA SBIC"), and the Receiver's Motion for Entry of an Order Approving and Confirming the Second Receiver's Report for the Period January 1, 2012 through December 31, 2012. After reviewing the pleadings and the Second Receiver's Report submitted therewith, and no objections having been received by this Court, it is hereby ORDERED that this Court APPROVES AND CONFIRMS the Second Receiver's Report for the Period January 1, 2012 through December 31, 2012 and the acts and transactions of the Receiver as reported therein.

**IT IS SO ORDERED.**

DATED: _____    _____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE